WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 JAN 09 15:52USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**EILEEN SPINNER,**            CV # 04-1755-PK

    Plaintiff,

vs.            ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this _9_ day of _Jan_, 2006

_____
United States District Judge

Submitted on January 4, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1